# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**FRANCISCO THERMITUS,**
Appellant,

v.

**WIDELINE TELISME,** as Personal Representative of the
**ESTATE OF WESTON THERMITUS,**
Appellee.

No. 4D19-3245

[July 30, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 502016CP005464XXXXMB.

Edmund Gonzalez of Gonzalez & Henley, P.A., West Palm Beach, and Troy William Klein of the Law Office of Troy W. Klein, P.A., West Palm Beach, for appellant.

Kara Rockenbach Link of Link & Rockenbach, P.A., West Palm Beach, and Brian R. Denney of Searcy Denney Scarola Barnhart & Shipley, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER and MAY, JJ., and HILAL, JENNIFER, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***